UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSE HERRERA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BP GLOBAL SPECIAL PRODUCTS ) <br> (AMERICA), INC., d/b/a BP GLOBAL, ) <br> ) <br> Defendant. ) | CIVIL NO. 2:13CV418 |

## OPINION AND ORDER

This matter is before the court on an "Opinion and Order and Findings, Report and Recommendation of United States Magistrate Judge Pursuant to 28 U.S.C. 636(b)(1)(B) & (C)", filed on January 14, 2016.

The parties were given 14 days after being served with a copy of the Report and Recommendation to file written objections. No objections have been filed.

The court has reviewed the filings and the Report and Recommendation, which recommends that defendant's motion to dismiss be denied, and finds the Report and Recommendation to be well-taken.

## Conclusion

On the basis of the foregoing, the court hereby ADOPTS the Magistrate's Report and Recommendation [DE 69] and, therefore, the defendant's motion to dismiss [DE 57] is hereby DENIED.

Entered: February 29, 2016.

s/ William C. Lee
William C. Lee, Judge
United States District Court